UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br><br>v.<br><br>FAIRFIELD UNIVERSITY, ET AL,<br>    Defendants. | CIVIL ACTION NO.<br>3:19-CV-00212-WWE<br><br><br>JULY 2, 2019 |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6) and D. Conn. L. Civ. R. 7, the Defendants Fairfield University, Karen Donoghue, and Christine Brown hereby respectfully move for dismissal of all of Plaintiff's claims in the Amended Complaint, except the "erroneous outcome" Title IX claim that comprises part of Count I. For the reasons set forth in the accompanying Memorandum of Law, Defendants' Motion should be granted.

                                              THE DEFENDANTS,
                                              FAIRFIELD UNIVERSITY,
                                              KAREN DONOGHUE, AND
                                              CHRISTINE BROWN

                                        By:        */s/ James M. Sconzo*
                                        James M. Sconzo, Esq. (ct04571)
                                        Jonathan C. Sterling, Esq. (ct24576)
                                        CARLTON FIELDS, P.C.
                                        One State Street
                                        Suite 1800
                                        Hartford, CT  06103
                                        Telephone:  860-392-5000
                                        Facsimile:  860-392-5058
                                        Email:  jsconzo@carltonfields.com
                                                          jsterling@carltonfields.com
                                        Their Attorneys

## CERTIFICATION

This is to certify that on this 2nd day of July, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system:

William Bilcheck, Jr.
LAW OFFICES OF WILLIAM BILCHECK, JR.
12 Brookside Road
P.O. Box 281
Madison, Connecticut 06443
Email: madctatty@aol.com

Andrew T. Miltenberg
Stuart Bernstein
Diana R. Warshow
Adrienne Levy
Kara L. Gorycki
NESNOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Email: AMiltenberg@nmllplaw.com
Email: SBernstein@nmllplaw.com
Email: DWarshow@nmllplaw.com
Email: ALevy@nmllplaw.com

/s/ *James M. Sconzo*
James M. Sconzo