# EXHIBIT D



*Office of the Dean of Students*

February 5, 2018

**REDACTED**

PERSONAL AND CONFIDENTIAL

Regarding Case Number: 2017111302

**REDACTED**

This Friday's Discrimination, Harassment, and Sexual Misconduct Board will be comprised of the following individuals:

- Andrea Martinez, assistant dean, College of Arts and Sciences (chair)
- Phil Lane, PhD., professor of economics
- Colby Lemieux, associate director of academic success and retention
- Pejay Lucky, associate director of residence life

Please let us know if you have any questions or concerns.

Sincerely,

William H. Johnson
Associate Dean of Students