# EXHIBIT E

From: "Brown, Christine (Donahue)" <cbrown@fairfield.edu>
Date: February 27, 2018 at 2:00:54 PM EST
To: "Armstrong, Thomas E." <tarmstrong@fairfield.edu>, "DeBiase, Dawn (Quintiliani)" <ddebiase1@fairfield.edu>, "Gibson, Allen" <AGibson@fairfield.edu>, "Testani, Loren H." <ltestani@fairfield.edu>, "Tortora, Michael G." <MTortora@fairfield.edu>
Subject: **Title IX Hearing Parties**

Dear Board Members:

The parties involved in the above referenced matter are as follows:

**REDACTED**

**REDACTED**

Please advise if you know of any potential conflicts of interest that should be brought to my attention. I will distribute the materials to you on Friday once I have confirmed that there are no conflicts. Please let me know if you have any questions or concerns, and confirm in writing whether there is or is not a conflict of interest.

Thank you,
Christine