UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br>　　Plaintiff,<br><br>v.<br><br>FAIRFIELD UNIVERSITY, ET AL,<br>　　Defendants. | CIVIL ACTION NO.<br>3:19-CV-00212-JAM<br><br><br><br>JANUARY 30, 2020 |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF THE COMPLAINT**

The parties in the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), request that the Court dismiss the action with prejudice and without costs and/or attorney's fees to any party.

THE PLAINTIFF

By: /s/ Date: 1/30/2020
Stuart Bernstein
NESNOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Email: SBernstein@nmllplaw.com

THE DEFENDANTS

By:   /s/             Date: 1/30/2020
  Jonathan C. Sterling
  Fed. Bar No. 24576
  Carlton Fields, P.A.
  One State Street
  18th Floor
  Hartford, CT 06103
  Tel. (860) 392-5042
  Fax (860) 392-5058
  Email: jsterling@carltonfields.com

## **CERTICATE OF SERVICE**

The undersigned hereby certifies that on January 30, 2020 the foregoing was electronically filed with the Clerk of the United States Court for the District of Connecticut, using the Court's CM/ECF system which will automatically serve the following counsel of record via electronic delivery:

William Bilcheck, Jr.
LAW OFFICES OF WILLIAM BILCHECK, JR.
12 Brookside Road
P.O. Box 281
Madison, Connecticut 06443
Email: madctatty@aol.com

Andrew T. Miltenberg
Stuart Bernstein
Kara L. Gorycki
NESNOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Email: AMiltenberg@nmllplaw.com
Email: SBernstein@nmllplaw.com
Email: KGorycki@nmllplaw.com

                                                       */s/ Jonathan C. Sterling*
                                                        Jonathan C. Sterling

120955104